```
 1  TRACY L. WILKISON
    United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 6  Assistant United States Attorneys
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2569/1785
 9       Facsimile: (213) 894-0142
         E-mail: Victor.Rodgers@usdoj.gov
10               Maxwell.Coll@usdoj.gov

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07286-CAS(JPRx) |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| $1,182,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

NOTICE is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff United States of America voluntarily dismisses the above-captioned action.

Dated: April 1, 2022    TRACY L. WILKISON
United States Attorney
SCOTT M. GARRANGER
Assistant United states Attorney
Chief, Criminal Division

       /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA